RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-2736
LAB0321

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* <br> v. <br> **JEFFREY STAINES,** *Defendant,* <br> and <br> **MAPLEWOOD BEVERAGE PACKERS L.L.C.,** **and its successors or assigns,** *Garnishee.* | **Hon. Stanley R. Chesler** <br><br> Criminal No. 05-297 <br><br> **GARNISHEE ORDER** |

  An Application and Order for Writ of Continuing Garnishment was filed by the United States of America, and a Writ of Continuing Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Continuing Garnishment by United States Marshal and accepted service by certified mail. Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due

defendant, and that garnishee was indebted to defendant in the sum of $936.97.

IT IS ORDERED that the garnishee pay 25% of the defendant's net wages weekly to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

DATED:

_____
STANLEY R. CHESLER, JUDGE
UNITED STATES DISTRICT COURT

RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ  07102
(973) 645-2736
LAB0321

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 *Plaintiff,*<br>v.<br><br>**JEFFREY STAINES**,<br>                                 *Defendant,*<br>and<br><br>**MAPLEWOOD BEVERAGE PACKERS L.L.C., and its successors or assigns,**<br><br>                                 *Garnishee.* | **Hon. Stanley R. Chesler**<br><br>Criminal No. 05-297<br><br>**CERTIFICATION OF SERVICE OF DOCUMENTS** |

The United States of America, the judgment creditor herein, hereby certifies that on the date set forth below the following documents were personally served on the defendant at their last known address/employment by the United States Marshals Service:

1. Copy of Application For Writ of Continuing Garnishment and Order.
2. Copy of Writ of Continuing Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Notice of Garnishment and Instructions For Objecting to the Answer.

Date Served: May 7, 2009

The United States of America further certifies that on the date set forth below the following documents were served on the Garnishee by certified mail:

1. Copy of Application for Writ of Continuing Garnishment and Order.
2. Copy of Writ of Continuing Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Answer of Garnishee and accompanying instructions.

Date Served: June 3, 2009

                                      RALPH J. MARRA, JR.
                                      ACTING UNITED STATES ATTORNEY

By:    Patricia Malave
        Financial Litigation Agent
        (973) 645-3143