PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jeffrey Staines                                             Cr.: 05-000297
                                                                              PACTS #: 42505

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler
                                     United States District Judge

Date of Original Sentence: 09/26/06

Original Offense: Wire Fraud

Original Sentence: <u>Counts 1 and 14</u>: Imprisonment - 30 months (concurrent); Supervised Release - 3 years (concurrent); Special Assessment - $200; Restitution - $120,785.00

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/28/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1                       The offender shall pay restitution in the amount of $120,785.00. As of January 5, 2012, the offender has paid $31,852.98, and a balance of $88,932.02 remains outstanding. Throughout the offender's supervision term, his wages have been garnished by the U.S. Attorney's Office, Financial Litigation Unit (FLU).

<u>U.S. Probation Officer Action</u>: In view of his compliance with the conditions of supervision, we respectfully request that supervision terminate as scheduled on January 27, 2012. Upon termination of his supervision, the U.S. Attorney's Office will continue the garnishment/collection of the restitution balance.

Respectfully submitted,

By: Damary Bonilla
    U.S. Probation Officer
Date: 01/06/12

[✓] Allow Term of Supervision to Expire with Restitution Balance Remaining
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

1/12/2012
_____
Date